GREGORY GLYNN, Cal. Bar No. 039999
E-mail: Glynng@sec.gov
RABIA A. CEBECI, Cal. Bar No. 143634
E-mail: Cebecir@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Randall R. Lee, Regional Director
Briane Nelson Mitchell, Associate Regional Director
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036-3648
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

NOTE CHANGES MADE BY THE COURT.

FILED
CLERK, U.S DISTRICT COURT
FEB 14 2006
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>RAYMOND L. KOTROZO, PAMELA H. WILSON AND WARNER PACIFIC FINANCIAL, INC.,<br><br>Defendants. | Case No. CV 03-5781 FMC (CTx)<br><br>[~~PROPOSED~~] FINAL JUDGMENT OF DISGORGEMENT AND CIVIL PENALTIES AGAINST RAYMOND L. KOTROZO, PAMELA H. WILSON, AND WARNER PACIFIC FINANCIAL, INC. |

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP. RULE 77(d)

✓ Docketed
__ Copies / NTC Sent
__ JS - 5 / JS - 6
__ JS - 2 / JS - 3
__ CLSD

ENTERED
CLERK, U.S DISTRICT COURT
FEB 15 2006
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

LODGED
2006 FEB -2 PH 2:__
CLERK U.S. DISTRICT
CENTRAL DIST.
LOS ANGELES

211

1  This matter was tried to a jury between September 13, 2005 and September
2  25, 2005. On September 27, 2005, the jury returned a verdict in favor of Plaintiff
3  Securities and Exchange Commission ("Commission"), finding that defendant
4  Raymond L. Kotrozo ("Kotrozo"), had associated with a broker dealer in violation
5  of a bar order issued by the Commission. The jury further found that defendants
6  Pamela H. Wilson ("Wilson"), and Warner Pacific Financial, Inc. ("Warner
7  Pacific") had aided and abetted Kotrozo's violations.
8  On January 20, 2006 and January 25, 2006, the question of remedies was
9  tried to the Court. On January 31, 2006, the Court issued its Findings of Fact,
10 Conclusions of Law, And Verdict on Sanctions ("Findings of Fact and Conclusions
11 of Law"), and ordered Kotrozo, Wilson, and Warner Pacific to jointly and
12 severally pay disgorgement of $73,000 and that Kotrozo and Wilson each pay a
13 civil penalty of $5,000. Pursuant to the Findings of Fact and Conclusions of Law
14 issued on January 31, 2006, this Court enters this Final Judgment of Disgorgement
15 and Civil Penalties Against Raymond L. Kotrozo, Pamela H. Wilson, and Warner
16 Pacific Financial, Inc. ("Final Judgment").

## I.

18 IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that
19 defendants Kotrozo, Wilson, and Warner Pacific shall pay jointly and severally pay
20 $73,000 in disgorgement.
21 Defendants Kotrozo, Wilson, and Warner Pacific shall make these payments
22 within ~~thirty (30)~~ ninety (90) business days after entry of this Final Judgment by certified
23 check, bank cashier's check, or United States postal money order payable to the
24 Securities and Exchange Commission. The payment shall be delivered or mailed
25 to the Office of Financial Management, Securities and Exchange Commission,
26 Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia
27 22312, and shall be accompanied by a letter setting forth the title and civil action
28 number of this action and the name of this Court (with a copy to counsel for the

1 Commission); and specifying that payment is made pursuant to this Final
2 Judgment.

## II.

4     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that
5 defendants Kotrozo and Wilson shall pay civil penalties, pursuant to Section
6 21(d)(3) of the Exchange Act, 15 U.S.C. § 78u(d)(3), as follows:

7     A.   Defendant Kotrozo shall pay a civil penalty in the amount of $5,000;
8 and

9     B.   Defendant Wilson shall pay a civil penalty in the amount of $5,000.

10     Defendants Kotrozo and Wilson shall make these payments within ten (10)
11 business days after entry of this Final Judgment by certified check, bank cashier's
12 check, or United States postal money order payable to the Securities and Exchange
13 Commission. The payment shall be delivered or mailed to the Office of Financial
14 Management, Securities and Exchange Commission, Operations Center, 6432
15 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be
16 accompanied by a letter setting forth the title and civil action number of this action
17 and the name of this Court (with a copy to counsel for the Commission); and
18 specifying that payment is made pursuant to this Final Judgment.

## III.

20     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this
21 Court shall retain jurisdiction over this action for all purposes, including to
22 implement and enforce the terms of this Judgment and other orders and decrees
23 which may be entered, and to grant such other relief as this Court may deem
24 necessary and just.
25 /
26 /
27 /
28 /

## IV.

There being no just reason for delay, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

DATED: _Feb. 14_, 2006

_/s/ Florence-Marie Cooper_
HON. FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE

Presented by:

_/s/ Rabia Cebeci_
Gregory C. Glynn
Rabia A. Cebeci
Attorneys for Plaintiff
Securities and Exchange Commission

-3-

## PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

[X] U.S. SECURITIES AND EXCHANGE COMMISSION, 5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036.

Telephone: (323) 965-3998 Fax: (323) 965-3908

On February 2, 2006, I served the document entitled **[PROPOSED] FINAL JUDGMENT OF DISGORGEMENT AND CIVIL PENALTIES AGAINST RAYMOND L. KOTROZO, PAMELA H. WILSON, AND WARNER PACIFIC FINANCIAL, INC.** upon the parties to this action addressed as stated on the attached service list:

[X] **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

[ ] **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

[ ] **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

[ ] **HAND DELIVERY:** I caused to be personally delivered each such envelope by hand to the office of the addressee in the attached service list.

[ ] **FEDERAL EXPRESS:** By placing in sealed envelope(s) designated by Federal Express with delivery fees paid or provided for, which I deposited in a facility regularly maintained by Federal Express or delivered to a Federal Express courier, at Los Angeles, California.

[ ] **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

[X] **(Federal)** I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct

Date: February 2, 2006

MAGNOLIA M. MARCELO

## SEC v. RAYMOND L. KOTROZO, et al.
United States District Court - Central District of California
Case No. CV 03-5781 FMC (CTx)
(LA-2561)

### SERVICE LIST

Robert C. Rosen, Esq.
John B. Wallace, Esq.
Rosen & Associates, P.C.
300 S. Grand Avenue, Suite 2700
Los Angeles, CA 90071
***Attorneys for Defendant Raymond L. Kotrozo***


Edward Gartenberg, Esq.
Brooks Marshall, Esq.
Thelen Reid & Priest, LLP
333 S. Hope Street, Suite 2900
Los Angeles, CA 90071-3048
***Attorneys for Defendants Pamela H. Wilson and Warner Pacific Financial, Inc.***